UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| THE MONTICELLO BANKING COMPANY, *et al.*, | CIVIL ACTION NO. 6:23-cv-00148-KKC |
| **Plaintiffs,** | |
| v. | **OPINION & ORDER** |
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | |
| **Defendants.** | |

\*\*\* \*\*\* \*\*\*

The Court hereby ORDERS as follows:

1) Plaintiffs' motion to leave to file a First Amended Complaint (DE 37) is GRANTED;

2) the Clerk of the Court is DIRECTED to file the tendered First Amended Complaint (DE 37-1) with accompanying exhibits (DE 37-2 – 7) into the record;

3) Defendants SHALL file an answer or response to the First Amended Complaint pursuant to the Federal Rules of Civil Procedure;

4) Plaintiffs' motion to dismiss Counts 1 through 4 of their complaint (DE 34) is DENIED as moot; and

5) the STAY of this matter is LIFTED.

This 28th day of January, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY